UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Bublitz,

-v.-

Faylow Corp.

-----------------------------------------------------------X

: 09 Civ. 7749 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-10

Please be advised that the conference scheduled for 2-3-10 has been rescheduled to 3-31-10 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
1/5/10

ROBERT W. SWEET
United States District Judge