UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS BUBLITZ, JOSEPH GALLAGHER, and SHAWN PARR, Individually and on behalf of all others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) Civil Case No.  09-CV-7749 (RWS) ) |
| vs. | ) ) |
| FAYLOW CORP., CRISPO, FRANCIS J. CRISPO and EUGENE CRISPO, | ) **ECF Case** ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Plaintiffs, by and through their attorneys, hereby notify the Court that Alyson C. Bruns is no longer associated with the law firm of Horwitz, Horwitz & Paradis, Attorneys at Law, and should be withdrawn as attorney of record in this case.  The undersigned requests that all further electronic notices in this case to Alyson C. Bruns be terminated.  Plaintiffs continue to be represented by the undersigned counsel with Horwitz, Horwitz & Paradis, Attorneys at Law.

Dated: New York, New York
       November 29, 2010

Horwitz, Horwitz & Paradis
Attorneys at Law

By:  /s/ Michael A. Schwartz

Michael A. Schwartz
405 Lexington Ave., 61st Fl.
New York, NY 10174
Tel:   (212) 986-4500
Fax:  (212) 986-4501

2

SO ORDERED:

Dated: New York, New York
      _____ \_\_\_, 2010

      _____
Honorable Robert W. Sweet
United States District Court
Southern District of New York